# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

*Plaintiff*

v.

Daniel Lesin

*Defendant*

MAGISTRATE JUDGE   José R. Almonte

CASE NO.   22-16061

DATE OF PROCEEDINGS:   6/2/2022

DATE OF ARREST:   6/2/2022

**PROCEEDINGS:**   Initial Appearance -Rule 5

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS   [✓] Advised of penalties and charges
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD   [ ] CJA
- [✓] WAIVER OF HRG: [✓] PRELIM   [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY   [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED   [ ] FINANCIAL COLLOQUY
- [✓] VIDEO CONSENT
- [✓] BRADY ORDER
- [✓] Waiver of formal reading of complaint
- [ ]

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [✓] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME To SDFL
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA:   Katherine Romano and Roger Cruz (AUSA SDFL)

DEFT. COUNSEL:   Jeffrey Einhorn and Jeffrey Lichtman(retain)

PO/PTS:

INTERPRETER
Language:

TIME COMMENCED:   11:04
TIME TERMINATED:   11:16
CD NO:   ECR/ZOOM

Sharay M. Featherstone

DEPUTY CLERK