**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES                                          *
                                                       *
                  v.                                   *MAG. NO. 22-16061*

        Daniel Lesin

\*\*\*\*\*

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

   [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video

   teleconferencing capability.

   [ ] Other:

Date: June 2, 2022                                     s/José R. Almonte
                                                       _____
                                                       JOSE R. ALMONTE
                                                       United States Magistrate Judge