AO 458 (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL LESIN<br>Defendant. | NOTICE OF APPEARANCE IN A CRIMINAL CASE<br><br>Case No.   22-MJ-16061 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:   __DANIEL LESIN__
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

Eastern District of New York, Southern District of New York, Western District of New York, US Supreme Court
Court(s)

**June 1, 2022**
Date

**1991, 1991, 1992, 2008**
Year(s) of Admission

*/s/ Jeffrey Lichtman*
Signature of Attorney

Jeffrey Lichtman, Esq.
Print Name

**11 East 44th Street, Suite 501**
Address

**New York, New York 10017**
City, State, Zip Code

**jhl@jeffreylichtman.com**
Email Address

**(212) 581-1001**
Phone Number

**(212) 581-4999**
Fax Number

AO 458 (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL LESIN<br>Defendant. | NOTICE OF APPEARANCE IN A CRIMINAL CASE<br><br>Case No.   22-MJ-16061 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:    DANIEL LESIN
                                                    Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

Eastern District of New York, Southern District of New York, Northern District of New York, Western District of New York
Court(s)

2008, 2008, 2021, 2014
Year(s) of Admission

June 1, 2022
Date

Signature of Attorney

Jeffrey Einhorn, Esq.
Print Name

11 East 44th Street, Suite 501
Address

New York, New York 10017
City, State, Zip Code

einhorn@jeffreylichtman.com
Email Address

(212) 581-1001
Phone Number

(212) 581-4999
Fax Number

AO 458 (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Daniel Lesin<br>Defendant. | NOTICE OF APPEARANCE IN A<br>CRIMINAL CASE<br><br>Case No.   22-MJ-16061 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:   __Daniel Lesin__
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

State of New York, State of New Jersey, Southern District of New York, Eastern District of New York
Court(s)

June 1, 2022
Date

2019, 2021, 2022, 2022
Year(s) of Admission

_/s/ David Gelfand_
Signature of Attorney

David Gelfand
Print Name

11 East 44th Street, Suite 501
Address

New York, New York 10017
City, State, Zip Code

dg@jeffreylichtman.com
Email Address

(212) 581-1001
Phone Number

(212) 581-4999
Fax Number