# U N I T E D   S T A T E S   D I S T R I C T   C O U R T
### D I S T R I C T   O F   N E W   J E R S E Y
### O F F I C E   O F   T H E   C L E R K
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO:  NEWARK

William T. Walsh
Clerk

Date: June 2, 022

Re: U.S.A. v Daniel Lesin
Our Docket No. 22-mj-16061
Your Docket No. 1:22-mj-2923

**Dear Clerk:**

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: *Sharay M Featherstone*
Sharay M Featherstone
Deputy Clerk